# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

CHRISTINA BREWER,
on behalf of R.B., a minor,                                          PLAINTIFF

v.                          3:12CV00143 JTR

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                                             DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 10th day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE